IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK ASPER        :
55 Saint Michaels Court     :  CIVIL ACTION
Elkton, MD 21921      :
    Plaintiff      :  No.:
             :
   v.        :  JURY TRIAL DEMANDED
             :
SELECTIVE INSURANCE COMPANY :
OF SOUTH CAROLINA    :
900 East 96th Street      :
Indianapolis, IN 46240     :
    Defendant    :

**<u>Complaint</u>**

**Breach of Contract**

   Plaintiff, Mark Asper, by his attorney, Andrew P. Motel, Esquire, and The Law Office of Andrew P. Motel, LLC, files this Complaint against Defendant, Selective Insurance Company of South Carolina, and in support thereof alleges as follows:

<u>The Parties</u>

1. Plaintiff, Mark Asper ("Mr. Asper"), is an adult individual and resident of the State of Maryland.

2. Defendant, Selective Insurance Company of South Carolina ("Selective Insurance"), is a corporation organized and existing pursuant to laws of the State of Indiana that is authorized to conduct business and issue policies of motor vehicle insurance within the Commonwealth of Pennsylvania, with a corporate address of 900 East 96th Street, Indianapolis, IN 46240.

<u>Jurisdiction and Venue</u>

3. Mr. Asper is a citizen of the State of Maryland.

4. Selective Insurance is a citizen of the State of Indiana.

5. As the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs, this Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a)(1).

6.  Pursuant to 28 U.S.C. § 1391, venue is proper in this Court as all material events giving rise this claim occurred within the Eastern District of Pennsylvania.

<u>Statement of Facts</u>

7.  Selective Insurance issued and delivered a policy of insurance (#S2211870) ("the Policy") to E. Squires Paving, LLC, Edward Squires, and Theresa Squires ("the Named Insureds") in Oxford, Pennsylvania, with a coverage period of April 1, 2021 to April 1, 2022 (attached hereto and incorporated by reference as **Exhibit "A"** is policy #S2211870, marked as Asper 0169-0219).

8.  At all times on November 10, 2021, the Policy insured a 2012 Freightliner 114SD Plus triaxle dump truck with Pennsylvania registration #ZFB3851 ("the dump truck").

9.  At all times relevant to the purchase and delivery of the Policy, Pennsylvania law provided the "[p]urchase of uninsured motorist and underinsured motorist coverages" was optional. 75 Pa. C.S.A. § 1731(a).

10. Though optional, when the Named Insureds purchased the Policy, they chose to purchase coverage to protect drivers and occupants of their vehicles from losses caused by uninsured and underinsured motorists and paid additional premiums for such coverage.

11. On November 10, 2021, at or about 10:25 a.m., while in the course of his employment for the Named Insured, E. Squires Paving, LLC, Mr. Asper was driving the dump truck in a southerly direction on State Route 841 approaching its intersection with Hood Road in West Marlborough Township, Chester County, Pennsylvania.

12. As the dump truck reached the intersection with Hood Road, a 2018 Toyota Land Cruiser ("the Land Cruiser") owned by Krishan Arora, at that time driven by Anita Arora, collided with the driver's side front of the dump truck, propelling the dump truck over the opposing traffic lane and shoulder and into a pasture, where it finally came to rest on its right side, resulting in severe and permanent harm and loss to Mr. Asper more fully set forth below.

13. At all relevant times, the Land Cruiser was an "uninsured motor vehicle" as defined by 75 Pa. C.S.A. §1702 and the Policy, and Anita Arora was an "uninsured motorist" (see Exhibit A at F. 3. "Additional Definitions," marked as Asper 0181).

**Count I**

**<u>Mark Asper vs. Selective Insurance Company of South Carolina</u>**

**Negligence**

14. Paragraphs 1 through 13 are incorporated herein by reference as though fully set forth at length.

15. The uninsured motorist, Ms. Arora, was negligent, and her negligence caused Mr. Asper's injuries, loss, and harm, in that she:

    (a) failed to stop before entering Route 841 and/or failed to yield to traffic on Route 841, including the dump truck driven by Mr. Asper, as required by the posted visible stop sign facing eastbound vehicles on Hood Road at Route 841 (including the Land Cruiser);

    (b) was inattentive to the road and traffic;

    (c) failed to maintain a proper and reasonable lookout;

    (d) allowed herself to be distracted; and,

    (e) violated the Pennsylvania Motor Vehicle Code, including 75 Pa. C.S. §§ 3323(b) and 3714.

16. After the crash described herein, Mr. Asper notified Selective Insurance of his claim for compensation pursuant to the coverage provided by the Policy for harms and losses caused by the uninsured motorist.

17. The parties are unable to agree on the monetary compensation Mr. Asper should receive for the harms and losses caused by the uninsured motorist.

    **WHEREFORE**, Plaintiff, Mark Asper, demands judgment in his favor and against Defendant, Selective Insurance Company of South Carolina, in an amount in excess of the jurisdictional limit for arbitration in the Eastern District of Pennsylvania, plus interest and costs.

### Count II

### Mark Asper vs. Selective Insurance Company of South Carolina

### Damages

18. Paragraphs 1 through 17 are incorporated herein by reference as though fully set forth at length.

19. As a result of the uninsured motorist's negligence, Mr. Asper suffered the following harms and losses:

    (a) the dislocation of his left shoulder;

(b)     a tear of his left posterior labrum;

(c)     an avulsion injury to the articular cartilage of the head of his left humerus;

(d)     damage to the articular cartilage of his left subscapularis;

(e)     bursitis and subacromial bursitis of his left shoulder;

(f)     damage to the articular surfaces of his left shoulder joint;

(g)     adhesive capsulitis of his left shoulder;

(h)     the onset of degenerative processes of his left shoulder joint;

(i)     a displaced fracture of his left acromion;

(j)     the loss of wages and a potential impairment of his earning capacity;

(k)     charges for medical treatment and the likelihood of additional charges for future treatment;

(l)     physical pain and suffering that may be permanent;

(m)     the loss of life's pleasures and enjoyment, which losses are ongoing and may be permanent; and,

(n)     an impairment of his ability to perform and enjoy activities of daily living at work and otherwise.

**WHEREFORE**, Plaintiff, Mark Asper, demands judgment in his favor and against Defendant, Selective Insurance Company of South Carolina, in an amount in excess of the jurisdictional limit for arbitration in the Eastern District of Pennsylvania, plus interest and costs.

THE LAW OFFICE OF ANDREW P. MOTEL, LLC

Date: **May 10, 2023**           By:     **/s/ Andrew P. Motel, Esquire**
                                          Andrew P. Motel, Esquire
                                          Attorney ID #54390
                                          330 North High Street
                                          West Chester, PA 19380

                                          (610) 431-3200 (telephone)
                                          (610) 431-2612 (facsimile)
                                          amotel@andrewmotellaw.com

# Exhibit "A"

Issued By The Stock Insurance Company

**Policy Number**
S 2211870

## SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA
900 E. 96TH STREET, INDIANAPOLIS, IN 46240
## COMMERCIAL POLICY COMMON DECLARATION

| Named Insured and Address | Policy Period |
|---|---|
| E SQUIRES PAVING LLC AND EDWARD SQUIRES & THERESA SQUIRE<br>2567 BALTIMORE PIKE<br>OXFORD, PA 19363-3926 | **From: APRIL 1, 2021**<br>**To: APRIL 1, 2022**<br><br>12:01 A.M Standard Time At<br>Location of Designated Premises. |

| Named Insured is: | Producer Number: |
|---|---|
| LTD LIABILITY | 00-02843-00000 |

**Producer:**
KEL-MAR INC, A MBR OF ANE
PENNSYLVANIA

### Schedule of Coverage
COMMERCIAL PROPERTY COVERAGE
COMMERCIAL GENERAL LIABILITY COVERAGE
COMMERCIAL AUTOMOBILE COVERAGE
COMMERCIAL INLAND MARINE COVERAGE
COMMERCIAL CRIME COVERAGE

**REFER TO THE ATTACHED IMPORTANT NOTICE CA7048 FOR
INFORMATION REGARDING COLLISION COVERAGE ON RENTAL VEHICLE**

In return for payment of the premium, and subject to all the terms of this policy, we agree with
you to provide the insurance indicated in the schedule above. Insurance is provided only for
those coverages for which a specific limit is shown on the attached coverage declaration(s).

| PAYMENT METHOD | Total Policy Premium _____ ▮▮▮▮ __ |
|---|---|
| D/B - 10 | (This premium may be subject to adjustment.) |

**Date Issued:** JANUARY 14, 2021
**Issuing Office:** MID ATLANTIC REGION

**Authorized Representative** _____

IL-7025 (11/89)

INSURED'S COPY

Asper 169

Policy Number
S  2211870

# SCHEDULE OF LOCATIONS

| Policy Effective Date: APRIL 1, 2021 | Schedule Effective Date: APRIL 1, 2021 |
|---|---|

| Prem. No. | Location | Bldg. No. | Occupancy |
|---|---|---|---|
| 1 | 2567 BALTIMORE PIKE | 1 | OFFICE/SHOP |
| | OXFORD, PA 19363 | 2 | STORAGE |

IL-7036 (01/93)

INSURED'S COPY

Asper 170

| | Policy Number |
|---|---|
| | S  2211870 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| **Policy Effective Date:** APRIL 1, 2021 | **Schedule Effective Date** APRIL 1, 2021 |
|---|---|

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMON COVERAGE PART:

```
IL 70 25   1189   COMMERCIAL POLICY COMMON DECLARATION
IL 70 36   0193   SCHEDULE OF LOCATIONS
IL 00 03   0908   CALCULATION OF PREMIUM
IL 00 17   1198   COMMON POLICY CONDITIONS
IL 00 21   0908   NUCLEAR ENERGY LIABILITY EXCLUSION
IL 79 15   0117   IDENTITY RECOVERY COVERAGE
IL 89 48   0818   EXCLUSION-LEAD HAZARD
IL 89 56   0818   ASBESTOS EXCLUSION
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL PROPERTY COVERAGE PART:

```
CP 70 26   0617   COMMERCIAL PROP DEC
CP 00 10   1012   BUILDING & PERSONAL PROPERTY COVERAGE FM
CP 00 30   1012   BUSINESS INCOME COVERAGE (W/EX EXP)
CP 00 90   0788   COMMERCIAL PROPERTY CONDITIONS
CP 01 40   0706   EXCL OF LOSS DUE TO VIRUS OR BACTERIA
CP 10 30   0917   CAUSES OF LOSS-SPECIAL FORM
CP 15 32   0607   CIVIL AUTHORITY CHANGE(S)
CP 75 51   0511   SYSTEMS POWER PAC
CP 76 11   1011   GREENPAC ENHANCEMENT ENDORSEMENT
CP 76 13   0513   CRISIS RESPONSE COVERAGE
CP 76 23   1011   COMMERCIAL PROP MORTGAGE HOLDERS SCHED
CP 76 30   0116   ELITEPAC PROPERTY EXT END
CP 76 52   0116   ELITEPAC SCHEDULE - CONTRACTORS
CP 76 60   0116   BI ACTUAL LOSS SUST - 12 MONTH LIMIT END
CP 76 64   0116   ACCOUNTS RECEIVABLE COVERAGE ENDORSEMENT
CP 76 67   0116   ELECTRONIC INFORMATION SYSTEMS COVER END
CP 76 68   0116   FINE ARTS COVERAGE ENDORSEMENT
CP 76 69   0116   INSTALLATION PROPERTY COVERAGE END
CP 76 70   0116   MOBILE EQUIPMENT COVERAGE END
CP 76 71   0116   PERSONAL EFFECTS COVERAGE END
CP 76 72   0116   PROPERTY IN TRANSIT COVERAGE END
CP 76 73   0116   SALESPERSONS SAMPLES COVERAGE END
CP 76 74   0116   TOOLS AND EQUIPMENT COVERAGE END
CP 76 75   0116   VALUABLE PAPERS COVERAGE END
IL 00 17   1185   COMMON POLICY CONDITIONS
IL 01 66   0907   PENNSYLVANIA CHANGES-ACTUAL CASH VALUE
IL 01 72   0907   PENNSYLVANIA CHANGES
IL 02 46   0907   PENNSYLVANIA CHANGES-CANC & NONRENL
IL 09 10   0702   PENNSYLVANIA NOTICE(H0291 WC370602)
IL 09 53   0115   EXCLUSION OF CERT ACTS OF TERRORISM
IL 09 85   1220   DISCL PURSUANT TO TERR RISK INS ACT
```

THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

```
CG 70 35   0690   COMMERCIAL LIABILITY COVG DECLARATION
CG 00 01   0413   CGL COV FORM (OCCURRENCE)
CG 21 06   0514   EXCL ACCESS DISCL CONF PERS INF-W/LIM BI
CG 21 47   1207   EMPLOYMENT-RELATED PRACTICES EXCL
CG 21 67   1204   FUNGI OR BACTERIA EXCLUSION
CG 21 73   0115   EXCLUSION OF CERT ACTS OF TERRORISM
CG 21 86   1204   EXCL-EXT INSULATION AND FINISH SYSTEMS
CG 25 03   0509   DESIGNATED CONST PROJECT(S) AGG LIMIT
CG 25 04   0509   DESIGNATED LOCATION(S) GENERAL AGG LIMIT
CG 72 40   1199   EXCLUSION - SNOW AND ICE REMOVAL
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above.  Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement.  Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable **"IL"** endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

INSURED'S COPY

Asper 171

Policy Number

S  2211870

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| **Policy Effective Date:** APRIL 1, 2021 | **Schedule Effective Date** APRIL 1, 2021 |
|---|---|

```
THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL GENERAL LIABILITY COVERAGE PART:

CG 73 00   0119   ELITEPAC GL EXT END
CG 79 33   0610   LIMITED PROPERTY DAMAGE CCC EXT ENDT
CG 79 35A  0708   PRODUCT RECALL EXPENSE COV ENDT
CG 79 45   0714   RESULTING DAMAGE TO YOUR WORK
CG 79 88   0119   CONT INSTALL SERV REPAIR ELITEPAC GL EXT
IL 02 46   0907   PENNSYLVANIA CHANGES-CANC & NONRENL
IL 09 10   0702   PENNSYLVANIA NOTICE(H0291 WC370602)
IL 09 85   1220   DISCL PURSUANT TO TERR RISK INS ACT


THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
BUSINESS AUTOMOBILE COVERAGE PART:

CA 70 57   0292   AUTO DEC -LOSS PAYEE
CA 70 58A  0292   BUSINESS AUTO COVERAGE DECLARATION PAGE2
CA 00 01   1013   BUSINESS AUTO COVERAGE FORM
CA 01 80   0616   PENNSYLVANIA CHANGES
CA 04 42   1013   EXCL FED EMPLOYEES USING AUTO IN GOV BUS
CA 20 54   1013   EMPLOYEE HIRED AUTOS
CA 21 92   1013   PA UM-NON STACKED
CA 21 93   1013   PENNSYLVANIA UNDERINSURED NON STACKED
CA 22 37   1013   PA BASIC FIRST PARTY BENEFIT
CA 22 38   1013   PA ADDED AND COMB FIRST PARTY BEN ENDT
CA 23 84   1013   EXCLUSION OF TERRORISM
CA 70 38A  0818   PHYSICAL DAMAGE COVERAGE
CA 77 59   0818   PA UM AND UIM COVERAGE CHANGES
CA 77 74   0706   LIMITED MOBILE EQUIPMENT COVERAGE
CA 78 09   1117   ELITEPAC COMMERCIAL AUTO EXT END
CA 78 16   1117   COMMERCIAL AUTO ELITEPAC SCHEDULE
CA 99 44A  1013   LOSS PAYABLE CLAUSE
IL 02 46   0907   PENNSYLVANIA CHANGES-CANC & NONRENL
IL 09 10   0702   PENNSYLVANIA NOTICE(H0291 WC370602)


THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL INLAND MARINE COVERAGE PART:

CM 70 71   0794   COMMERCIAL INLAND MARINE DECLARATIONS
CM 70 96A  0792   CONTRACTORS EQUIPMENT COVERAGE
CM 00 01   0904   COMMERCIAL IM CONDITIONS
CM 70 97   0312   CONTRACTORS EQUIPMENT COVERAGE FORM
CM 71 15   0312   CONTRACTORS EQUIPMENT LEASED/RENTED
CM 71 95   0109   CONTRACTORS EQUIP LOSS PAYEE SCHEDULE
CM 72 00   0112   LIBERALIZATION
IL 01 66   0907   PENNSYLVANIA CHANGES-ACTUAL CASH VALUE
IL 01 72   0907   PENNSYLVANIA CHANGES
IL 02 46   0907   PENNSYLVANIA CHANGES-CANC & NONRENL
IL 09 10   0702   PENNSYLVANIA NOTICE(H0291 WC370602)
IL 09 53   0115   EXCLUSION OF CERT ACTS OF TERRORISM
IL 09 85   1220   DISCL PURSUANT TO TERR RISK INS ACT


THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL CRIME FIDELITY COVERAGE PART:

CR 70 26   0292   COMMERCIAL CRIME COVERAGE DECLARATION
CR 00 21   0506   COMMERCIAL CRIME COVERAGE FORM
CR 02 21   0702   PENNSYLVANIA CHANGES
CR 70 36   0116   ERISA INFLATION GUARD ENDORSEMENT
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above.  Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement.  Please read your policy and all "Policy Changes" carefully.

**NOTE:**  All applicable **"IL"** endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

Asper 172

| Policy Number |
|---|
| S   2211870 |

# COMMERCIAL POLICY FORMS AND ENDORSEMENT SCHEDULE

| **Policy Effective Date:** APRIL 1, 2021 | **Schedule Effective Date** APRIL 1, 2021 |
|---|---|

```
THE FOLLOWING FORMS AND ENDORSEMENTS ARE APPLICABLE TO THE
COMMERCIAL CRIME FIDELITY COVERAGE PART:

CR 79 13   0109   COMPUTER FRAUD ADDITIONAL EXCL
CR 79 20   0116   CONTRACTORS CRIME ELITEPAC END
IL 01 66   0907   PENNSYLVANIA CHANGES-ACTUAL CASH VALUE
IL 01 72   0907   PENNSYLVANIA CHANGES
IL 02 46   0907   PENNSYLVANIA CHANGES-CANC & NONRENL
IL 09 10   0702   PENNSYLVANIA NOTICE(H0291 WC370602)
IL 09 35   0702   EXCL OF CERTAIN COMPUTER-RELATED LOSSES
SCR 20 08  0917   CONVERT TO AN AGGREGATE LIMIT OF INS
SCR 25 47  0917   U.S.DEPT OF LABOR-ERISA PLAN COVERAGE
```

**NOTICE TO POLICYHOLDER:** All the forms and endorsements contained in this policy as of the "Schedule Effective Date" are listed above. Forms and endorsements added to the policy after this date will appear on a "Policy Changes" endorsement. Please read your policy and all "Policy Changes" carefully.

**NOTE:** All applicable **"IL"** endorsements will be attached in the Common Section of the policy.

IL-7035 (08/93)

INSURED'S COPY

Asper 173

| Previous Policy Number | Policy Number |
|---|---|
| S 2211870 | S 2211870 |

# BUSINESS AUTOMOBILE COVERAGE DECLARATION

| Policy Effective Date: APRIL 1, 2021 | Coverage Effective Date: APRIL 1, 2021 |
|---|---|

**Business of Named Insured:** FLAT CEMENT

Item Two - SCHEDULE OF COVERAGES AND COVERED AUTOS. This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Business Auto Coverage Form next to the name of the coverage.

## Coverage Schedule

| Coverages | Covered Autos Symbols | Limit<br>The Most We Will Pay For Any One Accident or Loss | Premium |
|---|---|---|---|
| **Liability** | 7,8,9 | $1,000,000 CSL | ▮ |
| **Personal Injury Protection (or First Party Benefits)** | 7 | Separately stated in each P.I.P. Endorsement. | ▮ |
| **Added Personal Injury Protection** | | Separately stated in each P.I.P. Added Endorsement | |
| **(or Added First Party Benefits)** | 7 | | ▮ |
| **Auto Medical Payments** | | | |
| **Uninsured Motorists** | 7 | $1,000,000 CSL | ▮ |
| **Underinsured Motorists** | 7 | $1,000,000 CSL | ▮ |
| **Physical Damage Comprehensive Coverage** | 7 | Actual Cash Value or Cost of Repair, whichever is less minus any applicable deductible shown on the Auto Schedule for Each Covered Auto for all Loss except Fire or Lightning. | ▮ |
| **Physical Damage Specified Causes of Loss Coverage** | | Actual Cash Value or Cost of Repair, whichever is less minus $25 deductible for Each Covered Auto for Loss caused by Mischief or Vandalism. | |
| **Physical Damage Collision Coverage** | 7 | Actual Cash Value or Cost of Repair, whichever is less minus the applicable deductible shown on the Auto Schedule for Each Covered Auto. | ▮ |
| **Physical Damage Towing and Labor Coverage** | | for Each Disablement of a Private Passenger Auto. | |
| Hired Auto and Non-Owned Auto Coverage Premium for Endorsement | | | ▮ |

## Auto Schedule

| No. | Trade Name | Year | Body Type Truck Size | Vehicle Id. No. (VIN) | Size Class | Use / Class /Radius Code | List Symbol | Purchased by Insured Year | N/U | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| PA 2 | GMC | 07 | SIERRA C15 | 3GTEC14X47G216157 | L | S/014890/L | | | | ▮ |
| PA 3 | GMC | 07 | SIERRA C15 | 3GTEC14X47G151777 | L | S/014890/L | | | | |
| PA 4 | CHEV | 13 | SILVERADO | 1GB3KZC82DF179971 | M | S/215790/I | | | | |
| PA 5 | FREI | 12 | SD | 1FVMG3DV8CDBK3327 | HTT | 404790/L | | | | |
| PA 8 | FREI | 17 | DUMP TRUCK | 1FVAG0CY3HHHW3961 | HTT | 504790/L | | | | |
| PA 10 | FELL | 17 | TRAILER | 5FTCF3724H1003841 | | 684890/L | | | | |
| PA 14 | CHEV | 16 | TAHOE K150 | 1GNSKBKC9GR246368 | | 739800 | | | | |

CONTINUED ON SCHEDULE: CA-7059

| No. | Terr. | Liability Insurance Premium | P.I.P or F.P.B. | Add. P.I.P. or F.P.B. | Med. Paymts. Prem. | Um & Uim Motorists Premium | Physical Damage Insurance | | | | | | Towing Prem. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Comprehensive | | Specified Causes of Loss | Collision | | | |
| | | | | | | | Ded. | Prem. | | Ded. | Prem. | | |
| PA 2 | 145 | ▮ | 2 | 6 | | ▮ | 500 | ▮ | | 500 | ▮ | | ▮ |
| PA 3 | 145 | ▮ | 2 | 6 | | ▮ | 500 | ▮ | | 500 | ▮ | | ▮ |
| PA 4 | 145 | ▮ | 2 | 6 | | ▮ | 500 | ▮ | | 1,000 | ▮ | | ▮ |
| PA 5 | 145 | ▮ | 2 | 6 | | ▮ | 500 | ▮ | | 1,000 | ▮ | | ▮ |
| PA 8 | 145 | ▮ | 2 | 6 | | ▮ | 500 | ▮ | | 1,000 | ▮ | | ▮ |
| PA 10 | 145 | ▮ | 1 | | | ▮ | 500 | ▮ | | 500 | ▮ | | ▮ |
| PA 14 | 145 | ▮ | 11 | 6 | | ▮ | 500 | ▮ | | 500 | ▮ | | ▮ |

**Totals $**

**Items Three – Schedule of Covered Autos You Own** (see Auto Schedule) – **Loss Payees Subject to Loss Payable Clause:**

| Vehicle No. | | Name and Address of Loss Payee |
|---|---|---|
| PA 3 | | ABERDEEN PROVING GROUND FCU PO BOX 25492 FORT WORTH, TX 76124 |
| PA 5 | 10 | COMMERCIAL EQUIPMENT CAPITAL 2 GREAT VALLEY PARKWAY, SUITE 300 MALVERN, PA 19355 |

CONTINUED ON SCHEDULE: CA-7059

Forms and Endorsements:

Refer to **"Commercial Policy Forms and Endorsement Schedule"**

| **Total Premium** |
|---|
| **(This premium may be subject to adjustment.)** |

CA-7057 (02/92)

INSURED'S COPY

Asper 174

| Previous Policy Number | Policy Number |
|---|---|
| R 221896 | 2285873 |

## BUSINESS AUTOMOBILE COVERAGE DECLARATION (Continued)

| Policy Effective Date: APRIL 1, 2021 | Coverage Effective Date: APRIL 1, 2021 |
|---|---|

**Item Four – Schedules of Hired or Borrowed Covered Auto Coverage and Premiums.** Liability Insurance – Rating Basis, Cost of Hire

| State | Estimated Cost of Hire for Each State | Rate per Each ▊ Cost of Hire | Minimum Premium | P r e m i u m |
|---|---|---|---|---|
| PENNSYLVANIA | ▊ | ▊ | ▊ | ▊ |
| | | | Total Premium | ▊ |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners, employees or their family members). Cost of hire does not include charges for service performed by motor carriers of property or passengers.

### Physical Damage Coverage

| Coverages | L i m i t   o f   I n s u r a n c e | Estimated Annual Cost of Hire | Rate per Each ▊ Annual Cost of Hire | P r e m i u m |
|---|---|---|---|---|
| Comprehensive | Actual Cash Value, Cost of Repairs or Whichever is Less Minus          Ded. for Each Covered Auto For all Loss Except Fire or Lightning. | | | |
| Specified Causes of Loss | Actual Cash Value, Cost of Repairs or Whichever is Less Minus  $ 25  Ded. for Each Covered Auto For all Loss caused by Mischief or Vandalism | | | |
| Collision | Actual Cash Value, Cost of Repairs or Whichever is Less Minus          Ded. for Each Covered Auto | | | |
| | | | Total Premium | |

PHYSICAL DAMAGE INSURANCE applies on a direct primary basis and for purposes of the condition entitled OTHER INSURANCE, any covered "auto" you hire or borrow is deemed to be a covered "auto" you own.

**Item Five – Schedule for Non-Ownership Liability**

| Named Insured's Business | R a t i n g   B a s i s | N u m b e r | P r e m i u m |
|---|---|---|---|
| Other than a Social Service Agency | Number of Employees | ▊ | ▊ |
| | Number of  Partners | | |
| Social Service Agency | Number of Employees | | |
| | Number of Volunteers | | |
| | Total Premium | | ▊ |

**Item Six – Schedule for Gross Receipts or Mileage Basis – Liability Insurance – Public Auto or Leasing Rental Concerns -**

| | R a t e s | | P r e m i u m s | |
|---|---|---|---|---|
| Estimated Yearly | Liability Insurance | Auto Medical Payments | Liability Insurance | Auto Medical Payments |
| | | | | |
| | Total Premiums | | | |

CA-7058 (02/92)

INSURED'S COPY

Asper 175

## BUSINESS AUTOMOBILE SCHEDULE

### A u t o   S c h e d u l e

| No. | Trade Name | Year | Body Type Truck Size | Vehicle Id. No. (VIN) | Size Class | Use / Class /Radius Code | List Symbol | Purchased by Insured Year | N/U | Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| PA 15 | CHEV | 18 | SILVERADO | 1GCNKNEH4JZ107349 | L | S/014890/L | | | | $50,000 |
| PA 16 | FORD | 98 | H-SERIES L | 1FDYN80F5WVA08674 | HTT | 404790/L | | | | $50,000 |
| PA 18 | CHEV | 18 | EXPRESS G3 | 1HA3GSCG0JN010427 | M | S/214790/L | | | | $30,650 |
| PA 20 | CHEV | 20 | SILVERADO | 3GCPYFED1LG175704 | M | S/214790/L | | | | $57,000 |

| No. | Terr. | Liability Insurance Premium | P.I.P or F.P.B. | Add. P.I.P. or F.P.B. | Med. Paymts. Prem. | Um & Uim Motorists Premium | Physical Damage Insurance | | | | | | Towing Prem. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Comprehensive | | Specified Causes of Loss | Collision | | | |
| | | | | | | | Ded. | Prem. | | Ded. | Prem. | |
| PA 15 | 145 | 759 | 2 | 6 | | 109 | 500 | 118 | | 500 | 498 | |
| PA 16 | 145 | 1,799 | 2 | 6 | | 109 | 500 | 62 | | 1,000 | 196 | |
| PA 18 | 145 | 759 | 2 | 6 | | 109 | 500 | 68 | | 1,000 | 221 | |
| PA 20 | 145 | 759 | 2 | 6 | | 109 | 500 | 85 | | 1,000 | 420 | |
| **Totals  $** | | 11,022 | 30 | 60 | | 1,106 | | 990 | | | 3,973 | |

CA-7059 (02/92)

# BUSINESS AUTOMOBILE SCHEDULE

**Items Three – Schedule of Covered Autos You Own** (see Auto Schedule) – **Loss Payees Subject to Loss Payable Clause:**

| Vehicle No. | Name and Address of Loss Payee |
|----|----|
| PA 14 | CITADEL FEDERAL CREDIT UNION<br>INSURANCE TRACKING CENTER<br>520 EAGLEVIEW BLVD.<br>EXTON, PA 19341 |
| PA 16 | WESTERN EQUIPMENT FINANCE<br>654 AMHERST ROAD<br>SUNDERLAND, MA 01375 |
| PA 18 | VALLEY NATIONAL BANK<br>1445 VALLEY ROAD<br>WAYNE, NJ 07470 |
| PA 20 | CITIZENS BANK<br>PO BOX 255587<br>SACRAMENTO, CA 95865 |

CA-7059 (02/92)

**INSURED'S COPY**

# PENNSYLVANIA UNINSURED MOTORISTS COVERAGE — NONSTACKED

POLICY NUMBER:

COMMERCIAL AUTO
**CA 21 92 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

For a covered "motor vehicle" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:**                              Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

### A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an "uninsured motor vehicle".

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

    a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

    b. Had a reasonable opportunity to protect our interests in the "suit".

### B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    a. The Named Insured and any "family members".

    b. Anyone else "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

    c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

    a. Anyone "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

Copyright, Insurance Services Office, Inc., 2012

**CA 21 92 10 13**
**Page 1 of 4**

INSURED'S COPY

Asper 178

    b.  Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply if such settlement does not adversely affect our rights of recovery under this coverage.

2. The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" sustained by:

    a.  An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

    b.  Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

    c.  Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

6. "Bodily injury" arising directly or indirectly out of:

    a.  War, including undeclared or civil war;

    b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c.  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "motor vehicles", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. Any amount payable for damages under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible. This includes all sums paid for the same damages under this Coverage Form's Covered Autos Liability Coverage. This also includes all sums paid for an "insured's" attorney either directly or as part of the amount paid to the "insured".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any disability benefits or similar law, except workers' compensation law.

## E. Changes In Conditions

The Conditions are changed for Pennsylvania Uninsured Motorists Coverage - Nonstacked as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

    a.  Promptly notify the police if a hit-and-run driver is involved; and

    b.  Promptly send us copies of the legal papers if a "suit" is brought.

Copyright, Insurance Services Office, Inc., 2012

INSURED'S COPY

**2.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within four years after the date on which the "insured" knows of the uninsured status of the owner or driver of the "uninsured motor vehicle". However, this Paragraph **b.** does not apply to an "insured" if, within four years after the date on which the "insured" knows of the uninsured status of the owner or driver of the "uninsured motor vehicle", we or the "insured" has made a written demand for arbitration in accordance with the provisions of this endorsement.

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment due to an "accident" involving an "uninsured motor vehicle" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

**4.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance — Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

**a.** If there is other applicable similar insurance available under more than one Coverage Form or policy, the following priorities of recovery apply:

| First | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
|-------|---|
| Second | The Coverage Form or policy affording Uninsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

**b.** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

**c.** Where there is applicable insurance available under the first priority:

**(1)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted; and

**(2)** The maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

**d.** If two or more Coverage Forms or policies have equal priority:

**(1)** The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

**(2)** The insurer thereafter is entitled to recover pro rata contribution from any other insurer on the same level of priority for the benefits paid and the costs of processing the claim.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

Copyright, Insurance Services Office, Inc., 2012

**CA 21 92 10 13**
**Page 3 of 4**
Asper 180

INSURED'S COPY

   **b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   **a.** For which no liability bond or policy applies at the time of an "accident".

   **b.** For which an insuring or bonding company:

      **(1)** Denies coverage;

      **(2)** Is or becomes insolvent; or

      **(3)** Is or becomes involved in insolvency proceedings.

   **c.** For which neither the driver nor owner can be identified. The vehicle or "trailer" must:

      **(1)** Hit an "insured", a covered "motor vehicle" or a vehicle an "insured" is "occupying"; or

      **(2)** Cause an "accident" resulting in "bodily injury" to an "insured" without hitting an "insured", a covered "motor vehicle" or a vehicle an "insured" is "occupying".

   If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, an "uninsured motor vehicle" does not include any vehicle:

   **a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

   **b.** Designed for use mainly off public roads while not on public roads.

**4.** "Motor vehicle" means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

Copyright, Insurance Services Office, Inc., 2012

**INSURED'S COPY**

# PENNSYLVANIA UNDERINSURED MOTORISTS COVERAGE — NONSTACKED

POLICY NUMBER:                                                  COMMERCIAL AUTO
**CA 21 93 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

For a covered "motor vehicle" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| Limit Of Insurance: | Each "Accident" |
|---|---|
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

    **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

    **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

    **(1)** Have been given prompt written notice of such tentative settlement; and

    **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. No judgment for damages arising out of a "suit" brought against the owner or operator of an "underinsured motor vehicle" is binding on us unless we:

    **a.** Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

    **b.** Had a reasonable opportunity to protect our interests in the "suit".

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    **a.** The Named Insured and any "family members".

Copyright, Insurance Services Office, Inc., 2012

**CA 21 93 10 13**
**Page 1 of 4**
Asper 182

**b.** Anyone else "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.

**2.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**3.** Punitive or exemplary damages.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "motor vehicles", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any disability benefits or similar law, except workers' compensation law.

**E. Changes In Conditions**

The Conditions are changed for Pennsylvania Underinsured Motorists Coverage - Nonstacked as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly send us copies of the legal papers if a "suit" is brought.

Copyright, Insurance Services Office, Inc., 2012

**CA 21 93 10 13**
**Page 2 of 4**
Asper 183

**b.** A person seeking Underinsured Motorists Coverage must also promptly notify us, in writing, of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to the "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**2.** **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

**b.** Any legal action against us under this Coverage Form must be brought within four years after the date on which the "insured" either settles with, or receives a judgment against, the owner or driver of the "underinsured motor vehicle".

**c.** Paragraph **2.b.** above of this condition does not apply if, within four years after the date on which the "insured" either settles with, or receives a judgment against, the owner or driver of the "underinsured motor vehicle":

  **(1)** We or the "insured" has made a written demand for arbitration in accordance with the provisions of this endorsement; or

  **(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of the "underinsured motor vehicle" and such action is:

    **(a)** Filed in a court of competent jurisdiction; and

    **(b)** Not barred by the applicable state statute of limitations.

In the event that the four-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**3.** **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment due to an "accident" involving an "underinsured motor vehicle" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance — Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

**a.** If there is other applicable similar insurance available under more than one Coverage Form or policy, the following priorities of recovery apply:

| First | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
|---|---|
| Second | The Coverage Form or policy affording Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

Copyright, Insurance Services Office, Inc., 2012

INSURED'S COPY

**b.** Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

**c.** Where there is applicable insurance available under the first priority:

    **(1)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted; and

    **(2)** The maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

**d.** If two or more Coverage Forms or policies have equal priority:

    **(1)** The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

    **(2)** The insurer thereafter is entitled to recover pro rata contribution from any other insurer for the benefits paid and the costs of processing the claim.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a vehicle for which the sum of all liability bonds or policies that apply at the time of an "accident" does not provide at least the amount an "insured" is legally entitled to recover as damages.

However, an "underinsured motor vehicle" does not include any vehicle designed for use mainly off public roads while not on public roads.

**4.** "Motor vehicle" means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

Copyright, Insurance Services Office, Inc., 2012

INSURED'S COPY

# PENNSYLVANIA BASIC FIRST-PARTY BENEFIT

POLICY NUMBER:

COMMERCIAL AUTO
**CA 22 37 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

## SCHEDULE

| Benefits | Limit Of Insurance |
|---|---|
| **Medical Expense Benefits** | Up to $5,000 per insured |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

### A. Coverage

We will pay the Basic First-party Benefit in accordance with the "Act" to or for an "insured" who sustains "bodily injury" caused by an "accident" arising out of the maintenance or use of an "auto".

### BENEFITS

Subject to the limit shown in the Schedule or Declarations, the Basic First-party Benefit consists of Medical Expense Benefits. These benefits consist of reasonable and necessary medical expenses incurred for an "insured's":

1. Care;
2. Recovery; or
3. Rehabilitation.

This includes remedial care and treatment rendered in accordance with a recognized religious method of healing.

Medical expenses will be paid if incurred within 18 months from the date of the "accident" causing "bodily injury". If within 18 months from the date of the "accident" causing "bodily injury" it is ascertainable with reasonable medical probability that further expenses may be incurred as a result of the "bodily injury", medical expenses will be paid without limitation as to the time such further expenses are incurred.

### B. Who Is An Insured

1. You.
2. If you are an individual, any "family member".
3. Any person while "occupying" a covered "auto".
4. Any person while not "occupying" an "auto" if injured as a result of an "accident" in Pennsylvania involving a covered "auto".

Copyright, Insurance Services Office, Inc., 2012

**CA 22 37 10 13**
**Page 1 of 3**

INSURED'S COPY

Asper 186

If a covered "auto" is parked and unoccupied, it is not an "auto" involved in an "accident" unless it was parked in a manner as to create an unreasonable risk of injury.

**C. Exclusions**

We will not pay First-party Benefits for "bodily injury":

1. Sustained by any person injured while intentionally causing or attempting to cause injury to himself or herself or any other person.

2. Sustained by any person while committing a felony.

3. Sustained by any person while seeking to elude lawful apprehension or arrest by a law enforcement official.

4. Sustained by any person while maintaining or using an "auto" knowingly converted by that person. However, this exclusion does not apply to:

   a. You; or

   b. Any "family member".

5. Sustained by any person who, at the time of the "accident":

   a. Is the owner of one or more currently registered "autos" and none of those "autos" is covered by the financial responsibility required by the "Act"; or

   b. Is "occupying" an "auto" owned by that person for which the financial responsibility required by the "Act" is not in effect.

6. Sustained by any person maintaining or using an "auto" while located for use as a residence or premises.

7. Sustained by a pedestrian if the "accident" occurs outside of Pennsylvania. This exclusion does not apply to:

   a. You; or

   b. Any "family member".

8. Sustained by any person while "occupying":

   a. A recreational vehicle designed for use off public roads; or

   b. A motorcycle, moped or similar type vehicle.

9. Arising directly or indirectly out of:

   a. A discharge of a nuclear weapon (even if accidental);

   b. War, including undeclared or civil war;

   c. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   d. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

10. From or as a consequence of the following whether controlled or uncontrolled or however caused:

   a. Nuclear reaction;

   b. Radiation; or

   c. Radioactive contamination.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", premiums paid, claims made, "autos" involved in the "accident" or insurers providing First-party Benefits, the most we will pay to or for an "insured" as the result of any one "accident" is the limit shown in the Schedule or in the Declarations.

2. Any amount payable under First-party Benefits shall be excess over any sums paid, payable or required to be provided under any workers' compensation law or similar law.

**E. Changes In Conditions**

The Conditions are changed for First-party Benefits as follows:

1. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

2. The following conditions are added:

   **Nonduplication Of Benefits**

   No person may recover duplicate benefits for the same expenses or loss under this or any other similar automobile coverage including self-insurance.

   **Priorities Of Policies**

   We will pay First-party Benefits in accordance with the order of priority set forth by the "Act". We will not pay if there is another insurer at a higher level of priority. The "First" category listed below is the highest level of priority and the "Fourth" category listed below is the lowest level of priority. The priority order is:

Copyright, Insurance Services Office, Inc., 2012

INSURED'S COPY

| First | The insurer providing benefits to the "insured" as a named insured. |
|---|---|
| Second | The insurer providing benefits to the "insured" as a "family member" who is not a named insured under another policy providing coverage under the "Act". |
| Third | The insurer of the "auto" which the "insured" is "occupying" at the time of the "accident". |
| Fourth | The insurer providing benefits on any "auto" involved in the "accident" if the "insured" is: |

    **a.** Not "occupying" an "auto"; and

    **b.** Not provided First-party Benefits under any other policy.

If two or more policies have equal priority within the highest applicable number in the priority order:

**1.** The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible;

**2.** If we are the insurer against whom the claim is first made, our payment to or for an "insured" will not exceed the applicable limit shown in the Schedule or Declarations;

**3.** The insurer thereafter is entitled to recover pro rata contribution from any other insurer for the benefits paid and the costs of processing the claim. If contribution is sought among insurers under the Fourth priority, proration shall be based on the number of involved motor vehicles; and

**4.** The maximum recovery under all policies shall not exceed the amount payable under the policy with the highest dollar limit of benefits.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Auto" means a self-propelled motor vehicle or trailer required to be registered, operated or designed for use on public roads. However, "auto" does not include a vehicle operated:

    **a.** By muscular power; or

    **b.** On rails or tracks.

**2.** The "Act" means the Pennsylvania Motor Vehicle Financial Responsibility Law.

**3.** "Family member" means a resident of your household who is:

    **a.** Related to you by blood, marriage or adoption; or

    **b.** A minor in your custody or in the custody of any other "family member".

**4.** "Occupying" means in, upon, getting in, on, out or off.

Copyright, Insurance Services Office, Inc., 2012

INSURED'S COPY

# PENNSYLVANIA ADDED AND COMBINATION FIRST-PARTY BENEFITS ENDORSEMENT

POLICY NUMBER: S   2211870

COMMERCIAL AUTO
**CA 22 38 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

PENNSYLVANIA BASIC FIRST-PARTY BENEFIT

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**Basic First-party Benefit** is changed as follows:

### SCHEDULE

As indicated below, Added First-party Benefits or Combination First-party Benefits apply instead of the Basic First-party Benefit. The Limits Of Liability shown for the benefits selected below replace the Limits Of Liability shown in the Schedule for the Basic First-party Benefit.

| Benefits | Limit Of Liability (Per Insured) | |
|---|---|---|
| [x] **Added First-party Benefits:** | | |
| **Medical Expense Benefits** | Up to  SEE CA-2237 | |
| **Work Loss Benefits** | Up to  $5,000 | subject to a maximum |
| | of  $1,000 | per month |
| **Funeral Expense Benefits** | Up to  $2,500 | |
| **Accidental Death Benefits** | NOT COVERED | |
| [ ] **Combination First-party Benefits:** | | |
| **Maximum Total Limit For All Benefits** | Up to | |
| Subject to the following individual limits: | | |
| **Medical Expense Benefits** | No specific dollar amount | |
| **Work Loss Benefits** | No specific dollar amount | |
| **Funeral Expense Benefits** | Up to $2,500 | |
| **Accidental Death Benefits** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

### A. Coverage

We will pay Added First-party Benefits or Combination First-party Benefits in accordance with the "Act" up to the limits stated in the Schedule or Declarations to or for an "insured" who sustains "bodily injury" caused by an "accident" and arising out of the maintenance or use of an "auto". We will only pay Combination First-party Benefits for expenses or loss incurred within three years from the date of the "accident".

In addition to the Medical Expense Benefits described in the Basic First-party Benefit endorsement, Added First-party Benefits and Combination First-party Benefits also consist of:

1. Work Loss Benefits consisting of:

   a. Loss of income. Up to 80% of the gross income actually lost by an "insured".

Copyright, Insurance Services, Inc., 2012

**CA 22 38 10 13**
**Page 1 of 2**
Asper 189

INSURED'S COPY

**b.** Reasonable expenses actually incurred to reduce loss of income by hiring:

**(1)** Special help, thereby enabling the "insured" to work; or

**(2)** A substitute to perform the work a self-employed "insured" would have performed.

However, Work Loss Benefits do not include:

**a.** Loss of expected income for any period following the death of an "insured";

**b.** Expenses incurred for services performed following the death of an "insured"; or

**c.** Any loss of income, or expenses incurred for services performed, during the first five working days the "insured" did not work after the "accident" because of the "bodily injury".

**2.** Funeral Expense Benefits. Actual expenses incurred for an "insured's" funeral or burial if "bodily injury" resulting from the "accident" causes his or her death within 24 months from the date of the "accident".

**3.** Accidental Death Benefits. A death benefit paid if "bodily injury" resulting from an "accident" causes the death of you or any "family member" within 24 months from the date of the "accident".

**B. Exclusions**

In addition to the exclusions in the Basic First-party Benefit endorsement, the following exclusion also applies.

We will not pay:

Accidental Death Benefits on behalf of any person who intentionally caused or attempted to cause "bodily injury" to himself, herself or any other person.

**C. Limit Of Insurance**

**1.** Regardless of the number of covered "autos", premiums paid, claims made, "autos" involved in the "accident" or insurers providing First-party Benefits, the most we will pay to or for an "insured" as the result of any one "accident" is the limit shown in the Schedule or the Declarations. Combination First-party Benefits are subject to a maximum total single limit of liability with individual limits for specific benefits as shown in the Schedule or Declarations.

**2.** If Combination First-party Benefits are afforded, we will make available at least the minimum limit required by the "Act" for the Basic First-party Benefit. This provision will not change our total limit of liability.

**D. Changes In Conditions**

In addition to the conditions applicable to the Basic First-party Benefit endorsement, the following condition also applies:

**Payment Of Accidental Death Benefits**

The Accidental Death Benefit under this policy will be paid to the executor or administrator of the deceased "insured's" estate. If there is no executor or administrator, benefits shall be paid to:

**1.** The deceased "insured's" surviving spouse; or

**2.** If there is no surviving spouse, the deceased "insured's" surviving children; or

**3.** If there is no surviving spouse or surviving children, the deceased "insured's" estate.

Copyright, Insurance Services, Inc., 2012

**CA 22 38 10 13**
**Page 2 of 2**
Asper 190

# BUSINESS AUTO COVERAGE FORM

COMMERCIAL AUTO
**CA 00 01 10 13**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** — Definitions.

## SECTION I — COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | Description Of Covered Auto Designation Symbols | |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

INSURED'S COPY

Asper 191

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|---|---|---|

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

**SECTION II — COVERED AUTOS LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "auto".

      This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

Copyright, Insurance Services Office, Inc., 2011

Asper 192

INSURED'S COPY

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III — PHYSICAL DAMAGE COVERAGE

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

**b. War Or Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

(1) The actual cash value of the damaged or stolen property as of the time of the "loss"; or

(2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

(1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

Asper 197

**SECTION IV — BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

   **1. Appraisal For Physical Damage Loss**

      If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

      **a.** Pay its chosen appraiser; and

      **b.** Bear the other expenses of the appraisal and umpire equally.

      If we submit to an appraisal, we will still retain our right to deny the claim.

   **2. Duties In The Event Of Accident, Claim, Suit Or Loss**

      We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

      **a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

        **(1)** How, when and where the "accident" or "loss" occurred;

        **(2)** The "insured's" name and address; and

        **(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

      **b.** Additionally, you and any other involved "insured" must:

        **(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

        **(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

        **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

        **(4)** Authorize us to obtain medical records or other pertinent information.

        **(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

      **c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

        **(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

        **(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

        **(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

        **(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

   **3. Legal Action Against Us**

      No one may bring a legal action against us under this Coverage Form until:

      **a.** There has been full compliance with all the terms of this Coverage Form; and

      **b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

   **4. Loss Payment - Physical Damage Coverages**

      At our option, we may:

      **a.** Pay for, repair or replace damaged or stolen property;

      **b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

      **c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

      If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

Asper 198

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

## B. General Conditions

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

**(1)** Excess while it is connected to a motor vehicle you do not own; or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

Copyright, Insurance Services Office, Inc., 2011

**CA 00 01 10 13**
**Page 9 of 12**
**Asper 199**

INSURED'S COPY

(4) Canada; and

(5) Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V — DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

Asper 200

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.** Vehicles maintained for use solely on or next to premises you own or rent;

    **3.** Vehicles that travel on crawler treads;

    **4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        **a.** Power cranes, shovels, loaders, diggers or drills; or

        **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

Copyright, Insurance Services Office, Inc., 2011

**CA 00 01 10 13**
**Page 11 of 12**
Asper 201

5. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   **b.** Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph **1.**, **2.**, **3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **a.** Equipment designed primarily for:

      **(1)** Snow removal;

      **(2)** Road maintenance, but not construction or resurfacing; or

      **(3)** Street cleaning;

   **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

   However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

   **1.** Damages because of "bodily injury" or "property damage"; or

   **2.** A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

      **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

      **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

Copyright, Insurance Services Office, Inc., 2011

INSURED'S COPY

# PENNSYLVANIA CHANGES

COMMERCIAL AUTO
**CA 01 80 06 16**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to Paragraph **2.a. Supplementary Payments:**

> Prejudgment interest awarded against the "insured" on the part of the judgment we pay. Any prejudgment interest awarded against the "insured" is subject to the applicable Pennsylvania Rules of Civil Procedure.

**B. Changes In Conditions**

1. Paragraph **2.b.(5)** of the **Duties In The Event Of An Accident, Claim, Suit Or Loss** Condition is replaced by the following:

   **(5)** After we show good cause, submit to examination at our expense, by physicians of our choice.

2. The following is added to Paragraph **5. Transfer Of Rights Of Recovery Against Others To Us** Condition:

   If we make any payment due to an "accident" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

3. The following paragraph is added to the **Other Insurance** Condition:

   If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. Section 818.2, then:

   **a.** For any "auto" you own, which is loaned to a customer as a temporary substitute for an "auto" insured under a "customer's private passenger automobile insurance policy" which is out of use because it is being transported, serviced, repaired or inspected, Covered Autos Liability, but only with respect to damages because of "bodily injury" and Physical Damage Coverage provided by this Coverage Form shall be excess in the event of an "accident" or "loss".

   **b.** For any "auto" insured under your "customer's private passenger automobile insurance policy", while it is being transported, serviced, repaired or inspected by you or your "employee":

   **(1)** Covered Autos Liability, but only with respect to damages because of "bodily injury";

   **(2)** Comprehensive Coverage;

   **(3)** Specified Cause Of Loss Coverage; and/or

   **(4)** Collision Coverage;

   provided by this Coverage Form shall be primary in the event of an "accident" or "loss".

Copyright, Insurance Services Office, Inc., 2016

Asper 203

INSURED'S COPY

**4.** The following is added to Paragraph **B. General Conditions:**

    **a. Constitutionality Clause**

    The premium for, and the coverages of, this Coverage Form have been established in reliance upon the provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law. In the event a court, from which there is no appeal, declares or enters a judgment, the effect of which is to render the provisions of such statute invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Coverage Form and void or amend the provisions of the Coverage Form, subject to the approval of the Insurance Commissioner.

    **b. Conformity Clause**

    If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. Section 818.2, then whenever an "auto" insured under your "customer's private passenger automobile insurance policy" is being transported, serviced, repaired or inspected by you or your "employee":

    **(1)** The provisions of the:

      **(a)** Covered Autos Liability, but only with respect to damages because of "bodily injury";

      **(b)** Comprehensive Coverage;

      **(c)** Specified Cause Of Loss Coverage; and/or

      **(d)** Collision Coverage;

    provided by this Coverage Form are hereby amended to conform to 40 Pa. Stat. Ann. Section 991.2007a; and

    **(2)** Pursuant to 40 Pa. Stat. Ann. Section 991.2007a, the Limits Of Insurance provided in the Schedule or in the Declarations are hereby increased as needed to an amount equal to the:

      **(a)** Applicable limit(s);

      **(b)** Actual cash value; and/or

      **(c)** Amount necessary to repair or replace the property with other property of like kind and quality;

    set forth in the "customer's private passenger automobile insurance policy".

**C. Changes In Definitions**

For motor vehicle dealers as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. Section 818.2, the following definition is added:

"Customer's private passenger automobile insurance policy" means a private passenger automobile insurance policy that:

**1.** Is currently in effect; and

**2.** Lists an "auto" owned by your customer or a "customer's auto" in the Declarations.

Copyright, Insurance Services Office, Inc., 2016

INSURED'S COPY

# EXCLUSION OF FEDERAL EMPLOYEES USING AUTOS IN GOVERNMENT BUSINESS

COMMERCIAL AUTO
**CA 04 42 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

The following are not "insureds" under Covered Autos Liability Coverage:

**A.** The United States of America or any of its agencies.

**B.** Any United States Government "employee", including you, for "bodily injury" or "property damage" resulting from the operation of an "auto", if:

    **1.** The "bodily injury" or "property damage" results while the "employee" is acting as an "employee"; and

    **2.** The Federal Tort Claims Act requires the U.S. Attorney General to defend the "employee" in any civil action or proceeding that may be brought for the "bodily injury" or "property damage".

Copyright, Insurance Services Office, Inc., 2011

**CA 04 42 10 13**
**Page 1 of 1**
Asper 205

INSURED'S COPY

# EMPLOYEE HIRED AUTOS

COMMERCIAL AUTO
**CA 20 54 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Auto Liability Coverage**

The following is added to the **Who Is An Insured** Provision:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

**B. Changes In General Conditions**

Paragraph **5.b.** of the **Other Insurance** Condition in the Business Auto, and Auto Dealers Coverage Forms and Paragraph **5.f.** of the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**1.** Any covered "auto" you lease, hire, rent or borrow; and

**2.** Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

Copyright, Insurance Services Office, Inc., 2011

**CA 20 54 10 13**
**Page 1 of 1**
Asper 206

INSURED'S COPY

# EXCLUSION OF TERRORISM

COMMERCIAL AUTO
**CA 23 84 10 13**

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury, damage, loss or expense, is enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information or mechanical system; and

**b.** When one or both of the following apply:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury, damage, loss or expense" means any injury, damage, loss or expense covered under any Coverage Form or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "loss", loss of use, rental reimbursement after "loss" or "covered pollution cost or expense", as may be defined under this Coverage Form, Policy or any applicable endorsement.

**B.** Except with respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage — Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for "any injury, damage, loss or expense" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury, damage, loss or expense" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury, damage, loss or expense. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds  $25,000,000.  In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

Copyright, Insurance Services Office, Inc., 2013

INSURED'S COPY

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** and **B.6.** are exceeded.

With respect to this exclusion, Paragraphs **B.5.** and **B.6.** describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**C.** With respect to Physical Damage Coverage, Trailer Interchange Coverage, Garagekeepers Coverage, Garagekeepers Coverage — Customers' Sound Receiving Equipment or the Single Interest Automobile Physical Damage Insurance Policy, the following exclusion is added:

**Exclusion Of Terrorism**

We will not pay for any "loss", loss of use or rental reimbursement after "loss" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the threshold in Paragraph **C.5.** is exceeded.

With respect to this exclusion, Paragraph **C.5.** describes the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this exclusion will apply to that incident. When the exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Form, Policy or any applicable endorsement.

**D.** In the event of any incident of "terrorism" that is not subject to the exclusion in Paragraph **B.** or **C.**, coverage does not apply to "any injury, damage, loss or expense" that is otherwise excluded under this Coverage Form, Policy or any applicable endorsement.

Copyright, Insurance Services Office, Inc., 2013

Asper 208

INSURED'S COPY

# PHYSICAL DAMAGE COVERAGE

COMMERCIAL AUTO
**CA 70 38 08 18**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
AUTO DEALERS COVERAGE FORM

This endorsement amends PHYSICAL DAMAGE COVERAGE section of the above coverage form, effective on the inception date of the policy or as indicated above, by adding the following paragraph:

At your option, for glass losses only, any Comprehensive Coverage deductible shown in the declarations will not apply if the glass is satisfactorily repaired rather than replaced.

However, we will not waive this deductible if it is equal to or greater than the replacement cost of the glass.

Copyright, 2018 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CA 70 38 08 18**
**Page 1 of 1**
Asper 209

INSURED'S COPY

# PENNSYLVANIA UNINSURED AND UNDERINSURED MOTORISTS COVERAGE CHANGES

COMMERICAL AUTO
**CA 77 59 08 18**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
AUTO DEALERS COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

Pennsylvania Uninsured Motorists Coverage — Stacked

Pennsylvania Underinsured Motorists Coverage — Stacked

Pennsylvania Uninsured Motorists Coverage — Nonstacked

Pennsylvania Underinsured Motorists Coverage — Nonstacked

The **ARBITRATION** provisions for Uninsured Motorists and Underinsured motorists are deleted in their entirety.

Copyright, 2018 Selective Insurance Company of America.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CA 77 59 08 18**
**Page 1 of 1**
Asper 210

INSURED'S COPY

# LIMITED MOBILE EQUIPMENT COVERAGE

COMMERCIAL AUTO
**CA 77 74 07 06**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

Except for those types of vehicles listed below, a vehicle within the "mobile equipment" definition under **SECTION V — DEFINIITIONS** will be treated as an "auto" solely under **SECTION II — LIABILITY COVERAGE** but only to the extent the "mobile equipment": (1) is being driven under its own power, (2) is being driven in public rights of way, and (3) is subject to a compulsory insurance or financial responsibility law or other mandatory motor vehicle insurance law in the state where it is licensed or principally garaged. This endorsement applies regardless of any Covered Auto Designation Symbol shown in the Declarations solely with respect to the "mobile equipment" described in the foregoing sentence.

This endorsement does not provide coverage for any "mobile equipment" under **SECTION III — PHYSICAL DAMAGE COVERAGE** unless that "mobile equipment" is specifically scheduled as a covered "auto" and a premium charge is made for that "mobile equipment" as a covered "auto" in the Declarations.

Recreational vehicles, snowmobiles, ATVs, off-road motorcycles or any other similar type of vehicles or "mobile equipment" shall never be treated as an "auto" under this endorsement unless the vehicle is specifically scheduled as a covered "auto" and a premium charge is made for that vehicle as a covered "auto" in the Declarations.

If any other coverage part issued by Us or any of Our insurance company affiliates, applies or is deemed by the issuing company to apply to a loss which is also covered by this endorsement, only one coverage part that applies or is deemed by the issuing company to apply will respond to the loss and provide defense.

Includes copyrighted material of ISO Properties, Inc., with its permission.   **CA 77 74 07 06**

Asper 211

# ElitePac®
# Commercial Automobile Extension

COMMERCIAL AUTO
**CA 78 09 11 17**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Business Auto Coverage Form apply unless modified by the endorsement.

## AMENDMENTS TO SECTION II - LIABILITY COVERAGE

**A.** If this policy provides Auto Liability coverage for Owned Autos, the following extensions are applicable accordingly:

### NEWLY ACQUIRED OR FORMED ORGANIZATIONS

The following is added to **SECTION II, A.1. - Who Is An Insured:**

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no similar insurance available to that organization. However:

**1.** Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**2.** Coverage does not apply to "bodily injury" or "property damage" resulting from an "accident" that occurred before you acquired or formed the organization.

No person or organization is an "insured" with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

### EXPENSES FOR BAIL BONDS AND LOSS OF EARNINGS

Paragraphs **(2)** and **(4)** of **SECTION II, A.2.a. - Supplementary Payments** are deleted in their entirety and replaced with the following:

**(2)** Up to the Limit of Insurance shown on the ElitePac Schedule for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" covered under this policy. We do not have to furnish these bonds.

**(4)** All reasonable expenses incurred by the "insured" at our request. This includes actual loss of earnings because of time off from work, which we will pay up to the Limit of Insurance shown on the ElitePac Schedule.

### EMPLOYEE INDEMNIFICATION AND EMPLOYER'S LIABILITY AMENDMENT

The following is added to **SECTION II, B.4. - Exclusions:**

This exclusion does not apply to a "volunteer worker" who is not entitled to workers compensation, disability or unemployment compensation benefits.

### FELLOW EMPLOYEE COVERAGE

The **Fellow Employee** Exclusion, **SECTION II, B.5. -** is deleted in its entirety.

### CARE, CUSTODY OR CONTROL AMENDMENT

The following is added to **SECTION II, B.6. - Exclusions:**

This exclusion does not apply to property owned by anyone other than an "insured", subject to the following:

**1.** The most we will pay under this exception for any one "accident" is the Limit of Insurance stated in the ElitePac Schedule; and

**2.** A per "accident" deductible as stated in the ElitePac Schedule applies to this exception.

**B.** If this policy provides Auto Liability coverage for Owned Autos or Non-Owned Autos, the following extension is applicable accordingly:

### LIMITED LIABILITY COMPANIES

The following is added to **SECTION II, A.1. - Who Is An Insured:**

If you are a limited liability company, your members and managers are "insureds" while using a covered "auto" you don't own, hire or borrow during the course of their duties for you.

### BLANKET ADDITIONAL INSUREDS - As Required By Contract

The following is added to **SECTION II, A.1. - Who Is An Insured:**

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CA 78 09 11 17
Page 1 of 5**

**INSURED'S COPY**

Asper 212

Any person or organization whom you have agreed in a written contract, written agreement or written permit that such person or organization be added as an additional "insured" on your policy. Such person or organization is an additional "insured" only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by your owner-ship, maintenance or use of a covered "auto". This coverage shall be primary and non-contributory with respect to the additional "insured". This provision only applies if:

**1.** It is required in the written contract, written agreement or written permit identified in this sec-tion;

**2.** It is permitted by law; and

**3.** The written contract or written agreement has been executed (executed means signed by a named insured) or written permit issued prior to the "bodily injury" or "property damage".

**C.** If this policy provides Auto Liability coverage for Non-Owned Autos, the following extension is applicable accordingly:

**EMPLOYEES AS INSUREDS**

If this policy provides Auto Liability coverage for Non-Owned Autos, the following is added to **SECTION II, A.1. - Who Is An Insured:**

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

An "employee" of yours is an "insured" while operat-ing an "auto" hired or rented under a contract or agreement in that "employee's" name with your per-mission, while performing duties related to the con-duct of your business.

**AMENDMENTS TO SECTION III - PHYSICAL DAMAGE COVERAGE**

If this policy provides Comprehensive, Specified Causes of Loss or Collision coverage, the following extensions are applicable for those "autos" for which Comprehen-sive, Specified Causes of Loss or Collision coverage is purchased:

**TOWING AND LABOR**

**SECTION III, A.2. - Towing** is deleted in its entirety and replaced with the following:

We will pay all reasonable towing and labor costs up to the maximum Limit of Insurance shown on the ElitePac Schedule per tow each time a covered "Private Passen-ger Auto", "Social Service Van or Bus" or "Light Truck" is disabled and up to the maximum Limit of Insurance per tow each time a covered "Medium Truck", "Heavy Truck" or "Extra Heavy Truck" is disabled.

For labor charges to be eligible for reimbursement the labor must be performed at the place of disablement.

This coverage extension does not apply to Emergency Services Organizations and Governmental Entities.

**GLASS BREAKAGE DEDUCTIBLE**

The following is added to **SECTION III, A.3. - Glass Breakage - Hitting A Bird Or Animal - Falling Objects or Missiles:**

If damaged glass is repaired rather than replaced, no deductible will apply for such repair. This extension does not apply to Emergency Services Organizations and Governmental Entities.

**ADDITIONAL TRANSPORTATION EXPENSES SEC-TION III, A.4.a. - Transportation Expenses** is deleted in its entirety and replaced with the following:

We will pay up to the maximum Limit of Insurance shown on the ElitePac Schedule for temporary transportation expenses that you incur because of any "loss" to a cov-ered "auto", but only if the covered "auto" carries the coverages and meets the requirements described in **1.** or **2.** below:

**1.** We will pay temporary transportation expenses for total theft of a covered "auto". We will only pay for such expenses incurred during the period beginning 24 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is re-turned to use or we pay for its "loss".

**2.** For "loss" other than total theft of a covered "auto" under Comprehensive or Specified Causes of Loss Coverage, or for any "loss" under Collision Coverage to a covered "auto", we will only pay for those tem-porary transportation expenses incurred during the policy period beginning 24 hours after the "loss" and ending, regardless of the policy's expiration, with the lesser of the number of days reasonably required to repair or replace the covered "auto" or 30 days.

Paragraph **2.** of this extension does not apply while there are spare or reserve "autos" available to you for your operations.

This coverage extension does not apply to Emergency Services Organizations and Governmental Entities.

**HIRED AUTO PHYSICAL DAMAGE COVERAGE**

The following is added to **SECTION III, A.4. - Coverage Extensions:**

Physical Damage coverage is hereby extended to apply to Physical Damage "loss" to "autos" leased, hired, rent-ed or borrowed without a driver. We will provide cover-age equal to the broadest coverage available to any covered "auto" shown in the Declarations. But, the most we will pay for "loss" to each "auto" under this coverage extension is the lesser of:

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Asper 213

INSURED'S COPY

1. The Limit of Insurance stated in the ElitePac Schedule; or

2. The actual cash value of the damaged or stolen property as of the time of the "loss"; or

3. The actual cost of repairing or replacing the damaged or stolen property with other property of like kind and quality. A part is of like kind and quality when it is of equal or better condition than the pre-accident part. We will use the original equipment from the manufacturer when:

   (a) The operational safety of the vehicle might otherwise be impaired;

   (b) Reasonable and diligent efforts to locate the appropriate rebuilt, aftermarket or used part have been unsuccessful; or

   (c) A new original equipment part of like kind and quality is available and will result in the lowest overall repair cost.

For each leased, hired, rented or borrowed "auto" our obligation to pay "losses" will be reduced by a deductible equal to the highest deductible applicable to any owned "auto" for that coverage. No deductible will be applied to "losses" caused by fire or lightning.

**SECTION IV, B.5. Other Insurance** Condition, Paragraph **5.b.** is deleted in its entirety and replaced by the following:

For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

1. Any covered "auto" you lease, hire, rent, or borrow; and

2. Any covered "auto" hired or rented by your "employee" under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

This coverage extension does not apply to Emergency Services Organizations and Governmental Entities.

**HIRED AUTO LOSS OF USE COVERAGE**

The following is added to **SECTION III, A.4. - Coverage Extensions:**

We will pay expenses for which you are legally responsible to pay up to the Limit of Insurance shown on the ElitePac Schedule per "accident" for loss of use of a leased, hired, rented or borrowed "auto" if it results from an "accident".

This coverage extension does not apply to Emergency Services Organizations, Governmental Entities, and Schools.

**AUTO LOAN/LEASE GAP COVERAGE (Not Applicable in New York)**

The following is added to **SECTION III, A.4. - Coverage Extensions:**

In the event of a total "loss" to a covered "auto" we will pay any unpaid amount due on the lease or loan for a covered "auto", less:

1. The amount paid under the Physical Damage Coverage Section of the policy; and

2. Any:

   a. Overdue lease/loan payments at the time of "loss";

   b. Financial penalties imposed under a lease for excessive use, abnormal wear and tear, high mileage or similar charges;

   c. Security deposits not refunded by the lessor or financial institution;

   d. Costs for extended warranties, credit life, health, accident, or disability insurance purchased with the loan or lease; and

   e. Carry-over balances from previous leases or loans.

You are responsible for the deductible applicable to the "loss" for the covered "auto".

**PERSONAL EFFECTS**

The following is added to **SECTION III, A.4. - Coverage Extensions:**

If this policy provides Comprehensive Coverage for a covered "auto" you own and that covered "auto" is stolen, we will pay up to the Limit of Insurance shown on the ElitePac Schedule, without application of a deductible, for lost personal effects that were in the covered "auto" at the time of theft. Personal effects do not include jewelry, tools, money, or securities. This coverage is excess over any other collectible insurance.

**AIRBAG COVERAGE**

The following is added to **SECTION III, B.3.a. - Exclusions:**

Mechanical breakdown does not include the accidental discharge of an airbag.

This coverage extension does not apply to Emergency Services Organizations and Governmental Entities.

**EXPANDED AUDIO, VISUAL, AND DATA ELECTRONIC EQUIPMENT COVERAGE**

**SECTION III, B.4. - Exclusions**

This exclusion does not apply to the following:

1. Global positioning systems;

2. "Telematic devices"; or

3. Electronic equipment that reproduces, receives or transmits visual or data signals and accessories used with such equipment, provided such equipment is:

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

a. Permanently installed in or upon the covered "auto" at the time of the "loss";

b. Removable from a housing unit that is permanently installed in the covered "auto" at the time of the "loss";

c. Designed to be solely operated by use of power from the "auto's" electrical system; or

d. Designed to be used solely in or upon the covered "auto".

For each covered "loss" to such equipment, a deductible of $50 shall apply, unless the deductible otherwise applicable to such equipment is less than $50, at which point the lower deductible, if any, will apply.

**COMPREHENSIVE DEDUCTIBLE - LOCATION TRACKING DEVICE**

The following is added to **SECTION III, D. - Deductible:**

Any Comprehensive Coverage Deductible shown in the Declarations will be reduced by 50% for any "loss" caused by theft if the covered "auto" is equipped with a location tracking device and that device was the sole method used to recover the "auto".

**PHYSICAL DAMAGE LIMIT OF INSURANCE**

**SECTION III, C. - Limit Of Insurance** is deleted in its entirety and replaced with the following:

The most we will pay for a "loss" in any one "accident" is the lesser of:

1. The actual cash value of the damaged or stolen property as of the time of the "loss"; or

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

This coverage extension does not apply to Emergency Services Organizations and Governmental Entities.

**AMENDMENTS TO SECTION IV - BUSINESS AUTO CONDITIONS**

**DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS**

The following is added to **SECTION IV, A.2.a. - Duties In The Event Of Accident, Claim, Suit Or Loss:**

The notice requirements for reporting "accident" claim, "suit" or "loss" information to us, including provisions related to the subsequent investigation of such "accident", claim, "suit" or "loss" do not apply until the "accident", claim, "suit" or "loss" is known to:

1. You, if you are an individual;

2. A partner, if you are a partnership;

3. An executive officer or insurance manager, if you are a corporation;

4. Your members, managers or insurance manager, if you are a limited liability company;

5. Your elected or appointed officials, trustees, board members or your insurance manager, if you are an organization other than a partnership, joint venture or limited liability company.

But, this section does not amend the provisions relating to notification of police or protection or examination of the property that was subject to the "loss".

**WAIVER OF SUBROGATION**

**SECTION IV, A.5. - Transfer Of Rights Of Recovery Against Others To Us** is deleted in its entirety and replaced with the following:

We waive any right of recovery we may have against any person or organization because of payments we make for "bodily injury" or "property damage" resulting from the ownership, maintenance or use of a covered "auto" but only when you have assumed liability for such "bodily injury" or "property damage" in an "insured contract". In all other circumstances, if a person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us.

**MULTIPLE DEDUCTIBLES**

The following is added to **SECTION IV, A. - Loss Conditions:**

If a "loss" from one event involves two or more covered "autos" and coverage under Comprehensive or Specified Causes of Loss applies, only the highest applicable deductible will be applied.

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

The following is added to **SECTION IV, B.2. - Concealment, Misrepresentation Or Fraud:**

If you should unintentionally fail to disclose any existing hazards in your representations to us prior to the inception date of the policy or during the policy period in connection with any newly discovered hazards, we will not deny coverage under this Coverage Form based upon such failure.

**POLICY PERIOD, COVERAGE TERRITORY**

**SECTION IV, B.7. - Policy Period, Coverage Territory** is deleted in its entirety and replaced with the following:

Under this Coverage Form, we cover "accidents" and "losses" occurring:

a. During the policy period shown in the Declarations; and

b. Within the "Coverage Territory".

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

We also cover "loss" to or "accidents" involving a covered "auto" while being transported between any of these places.

**TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US - DEDUCTIBLES**

The following is added to **SECTION IV, B.8. - Two Or More Coverage Forms Or Policies Issued By Us:**

If a "loss" covered under this Coverage Form also involves a "loss" to other property resulting from the same "accident" that is covered under this policy or another policy issued by us or any member company of ours, only the highest applicable deductible will be applied.

**AMENDMENTS TO SECTION V - DEFINITIONS**

**BODILY INJURY INCLUDING MENTAL ANGUISH (Not Applicable in New York)**

The definition of bodily injury is deleted in its entirety and replaced by the following:

"Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these. "Bodily injury" includes mental anguish resulting from bodily injury, sickness or disease sustained by a person.

**ADDITIONS TO SECTION V - DEFINITIONS**

**COVERAGE TERRITORY**

"Coverage Territory" means:

1.  The United States of America (including its territories and possessions), Canada and Puerto Rico; and

2.  Anywhere in the world, except for any country or jurisdiction that is subject to trade or other economic sanction or embargo by the United States of America, if a covered "auto" is leased, hired, rented, or borrowed without a driver for a period of 30 days or less, and the insured's responsibility to pay "damages" is determined in a "suit" on the merits in and under the substantive law of the United States of America (including its territories and possessions), Puerto Rico, or Canada, or in a settlement we agree to.

If we are prevented by law, or otherwise, from defending the "insured" in a "suit" brought in a location described in Paragraph **2.** above, the insured will conduct a defense of that "suit". We will reimburse the "insured" for the reasonable and necessary expenses incurred for the defense of any such "suit" seeking damages to which this insurance applies, and that we would have paid had we been able to exercise our right and duty to defend.

**EXTRA HEAVY TRUCK**

"Extra Heavy Truck" means a truck with a gross vehicle weight rating of 45,001 pounds or more.

**HEAVY TRUCK**

"Heavy Truck" means a truck with a gross vehicle weight rating of 20,001 pounds to 45,000 pounds.

**LIGHT TRUCK**

"Light Truck" means a truck with a gross vehicle weight rating of 10,000 pounds or less.

**MEDIUM TRUCK**

"Medium Truck" means a truck with a gross vehicle weight rating of 10,001 pounds to 20,000 pounds.

**PRIVATE PASSENGER AUTO**

"Private Passenger Auto" means a four-wheel "auto" of the private passenger or station wagon type. A pickup, panel truck or van not used for business is included within the definition of a "private passenger auto".

**SOCIAL SERVICE VAN OR BUS**

"Social Service Van or Bus" means a van or bus used by a government entity, civic, charitable or social service organization to provide transportation to clients incidental to the social services sponsored by the organization, including special trips and outings.

**TELEMATIC DEVICE**

"Telematic Device" includes devices designed for the collection and dissemination of data for the purpose of monitoring vehicle and/or driver performance. This includes Global Positioning System technology, wireless safety communications and automatic driving assistance systems, all integrated with computers and mobile communications technology in automotive navigation systems.

**VOLUNTEER WORKER**

"Volunteer worker" means a person who performs business duties for you, for no financial or other compensation.

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED'S COPY

# ElitePac®
# Commercial Automobile Extension

COMMERCIAL AUTO
**CA 78 16 11 17**

## SCHEDULE OF COVERAGE EXTENSIONS AND LIMITS OF INSURANCE

This ElitePac Schedule is a summary of additional coverages, coverage modifications and corresponding Limits of Insurance that supplements the Business Auto Coverage Form. No coverage is provided by this summary. Refer to the actual endorsement for changes affecting your insurance protection.

| DESCRIPTION | |
|---|---|
| **AMENDMENTS TO SECTION II - LIABILITY COVERAGE** | |
| Newly Acquired Or Formed Organizations | Coverage Extension |
| Limited Liability Companies | Coverage Extension |
| Employees As Insureds | Coverage Extension |
| Blanket Additional Insureds | Coverage Extension |
| Expenses For Bail Bonds And Loss Of Earnings | |
|     Bail Bonds | $3,000 Per "Accident" |
|     Loss Of Earnings | $1,000 Per Day |
| Employee Indemnification and Employer's Liability Amendment | Coverage Extension |
| Fellow Employee Coverage | Coverage Extension |
| Care, Custody Or Control Amendment | $1,000 per "Accident"; $500 Deductible Per "Accident" |
| **AMENDMENTS TO SECTION III - PHYSICAL DAMAGE COVERAGE** | |
| Towing And Labor | Coverage Extension |
|     Private Passenger Auto, Social Service Van or Bus, Light Truck<br>    Medium, Heavy and Extra Heavy Trucks | $75 Per Tow<br>$150 Per Tow |
| Glass Breakage Deductible | Coverage Extension |
| Additional Transportation Expenses | $60 per day up to a maximum of $1,800 |
| Hired Auto Physical Damage Coverage | $75,000 per "loss" |
| Hired Auto Loss of Use Coverage | $750 Per "Accident" |
| Auto Loan/Lease Gap Coverage (Not Available in New York) | Coverage Extension |
| Personal Effects | $500 Per "Accident" |
| Airbag Coverage | Coverage Extension |
| Expanded Audio, Visual, And Data Electronic Equipment Coverage | Coverage Extension |
| Comprehensive Deductible - Location Tracking Device | Coverage Extension |
| Physical Damage Limit Of Insurance | Coverage Extension |

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CA 78 16 11 17**
**Page 1 of 2**
Asper 217

INSURED'S COPY

| DESCRIPTION | |
|---|---|
| **AMENDMENTS TO SECTION IV - BUSINESS AUTO CONDITIONS** | |
| Duties In The Event Of Accident, Claim, Suit Or Loss | Coverage Extension |
| Waiver of Subrogation | Coverage Extension |
| Multiple Deductibles | Coverage Extension |
| Concealment, Misrepresentation Or Fraud | Coverage Extension |
| Policy Period, Coverage Territory | Coverage Extension |
| Two Or More Coverage Forms Or Policies Issued By Us - Deductibles | Coverage Extension |
| **AMENDMENTS TO SECTION V - DEFINITIONS** | |
| Bodily Injury Including Mental Anguish (Not Applicable in New York) | Broadened Definition |
| Coverage Territory | Broadened Definition |

Copyright, 2017 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CA 78 16 11 17**
**Page 2 of 2**
Asper 218

INSURED'S COPY

# LOSS PAYABLE CLAUSE

COMMERCIAL AUTO
**CA 99 44 10 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Copyright, Insurance Services Office, Inc., 2011

**CA 99 44 10 13**
**Page 1 of 1**
Asper 219

INSURED'S COPY