IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| _____ : | CIVIL ACTION |
| ASPER : | |
| : | |
| v. : | |
| : | |
| : | NO. 23-1793 |
| SELECTIVE INSURANCE : | |
| : | |
| _____ | |

**O R D E R**

**AND NOW, TO WIT:** this   28   day of   February 2024 , it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

 s/Scott W. Reid
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE